IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD TERRELL,** | CIV S-07-0784 LKK EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **JEANNE S. WOODFORD,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for a 15-day enlargement of time is granted. A response to the petition for writ of habeas corpus shall be filed within 15 days of the date of this order.

Dated: September 20, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1