IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD TERRELL,

    Petitioner,                    No. CIV S-07-0784 LKK EFB P

    vs.

JEANNE S. WOODFORD,

    Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 22, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondent filed belated objections to the findings and recommendations on March 11, 2008, accompanied by a request for extension of time. Good cause appearing, the request is granted and respondent's objections will be considered.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the

1

entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's March 11, 2008, request for an extension of time is granted;

2. The findings and recommendations filed February 22, 2008, are adopted in full;

3. Respondent's September 24, 2007, motion to dismiss is denied, and respondent is admonished that he may not file a second motion to dismiss.

4. Respondent is granted 30 days to file an answer and that the answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases.

5. Petitioner is granted 30 days thereafter to file his reply, if any.

DATED: March 25, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT