IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD TERRELL,

    Petitioner,               No. CIV S-07-0784 LKK EFB P

vs.

JEANNE S. WOODFORD,

    Respondent.         ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has moved for an extension of time to file and serve an answer to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's April 22, 2008, motion is granted and respondent has 30 days from the date this order is served to file and serve an answer to the petition.

Dated: April 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE