IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD TERRELL,

    Petitioner,                    No. CIV S-07-0784 LKK EFB P

    vs.

JEANNE S. WOODFORD, Warden,

    Respondent.            ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has filed a second request for an extension of time to file an answer. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's May 23, 2008, request is granted and respondent has 20 days from the date this order is served to file and serve an answer to the petition.

Dated: May 27, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE