UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TERRELL, | CASE NO. CIV S-07-784 MJP |
| Petitioner, | ORDER DENYING MOTION FOR RECONSIDERATION AND GRANTING MOTION TO SUBMIT DOCUMENT |
| v. | |
| JEANNE S. WOODFORD, | |
| Respondent. | |

This matter comes before the Court on Petitioner's motion for reconsideration of the Court's order denying Petitioner's certificate of appealability. (Dkt. No. 45.) Having reviewed the motion submitted over one year after the Court rendered a final judgment in this matter, the Court finds no basis to now grant the certificate. Petitioner has not provided any basis for reconsideration. The Court DENIES the motion.

This matter also comes before the Court on Petitioner's motion to submit more evidence. (Dkt. No. 38.) The motion contains a letter from Petitioner's appellate counsel to him explaining why she did not petition the California Supreme Court to review his case. (See id.) This motion was filed on June 8, 2009, before the Court ruled on Petitioner's request for a certificate of

ORDER DENYING MOTION FOR
RECONSIDERATION AND GRANTING MOTION
TO SUBMIT DOCUMENT- 1

1 appealability. (Dkt. No. 38.) Indeed, the Court considered this information in rendering its

2 decision on June 30, 2009, on Petitioner's request for a certificate of appealability. (<u>See</u> Dkt.

3 No. 41 at 2.) Thus, while the Court was remiss in rendering an express decision on Petitioner's

4 motion to submit more evidence, the Court did, in fact, consider the evidence it contained. The

5 motion is therefore GRANTED. (Dkt. No. 38.) This evidence is part of the record.

6     The clerk is ordered to provide copies of this order to Petitioner and all counsel.

7     Dated this 31st day of January, 2011.

                                               Marsha J. Pechman
                                               United States District Judge

ORDER DENYING MOTION FOR
RECONSIDERATION AND GRANTING MOTION
TO SUBMIT DOCUMENT- 2