1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF CALIFORNIA

9

10   EDWARD TERRELL,                              CASE NO. CIV S-07-784 MJP

11                        Petitioner,             ORDER DENYING MOTION FOR
                                                  RECONSIDERATION
12           v.

13   JEANNE S. WOODFORD,

14                        Respondent.

15

16          Petitioner has filed a motion for reconsideration (Dkt. No. 48) of this Court's 2009 denial

17   of his writ of habeas corpus.  *See* Order Denying Petition for Writ of Habeas Corpus; Dkt. No.

18   33.

19          In addition to his unsuccessful writ, Petitioner has filed motions for reconsideration and a

20   certificate of appealability with this Court, both of which have been denied.  Dkt. Nos. 41 and

21   46.  The Ninth Circuit Court of Appeals has likewise denied his request for a certificate of

22   appealability and denied all his motions on appeal.  Dkt. No. 47.

23          Petitioner's latest attempt to revisit his conviction is based on "newly discovered

24   evidence" consisting of an October 1, 2003 letter advising him of the appointment of his

1 | appellate counsel.  Petitioner makes no showing as to why this could not have been brought to

2 | the Court's attention earlier.  In any event, all legal questions surrounding the issue of the

3 | effectiveness of his appellate counsel have been resolved by this Court's previous finding that

4 | Petitioner "has failed to demonstrate prejudice resulting from the procedural default caused by

5 | his late petition for review."  Dkt. No. 33, p. 5.  Nothing about his "newly discovered evidence"

6 | alters the effect of that ruling.

7 |        Petitioner's motion for reconsideration is untimely and unmeritorious and will be

8 | DENIED.

9 |

10 |        The clerk is ordered to provide copies of this order to Petitioner and all counsel.

11 |        Dated this 13th day of March, 2013.

12 |

13 |

14 | Marsha J. Pechman
United States District Judge

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

ORDER DENYING MOTION FOR
RECONSIDERATION- 2